R. Kirk McDonald, Plaintiff-Appellant, v. Jefferson County Public Health, on behalf of Mitch Brown in his official capacity as Supervisor Environmental Health, Jefferson County, Colorado, Defendant-Appellee. No. 20CA1176
Court of Appeals of Colorado, Fifth Division
December 17, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Jefferson County District Court No. 20CV80 Honorable Russell
 Klein, Judge
 
 
 
 OPINION
 
 
 
 HARRIS, JUDGE
 
 
 ORDER
 AFFIRMED
 
 
 
 Richman and Gomez, JJ., concur
 
 
 1